IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRENDA FARNSWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>HCA, INC., HEALTHTRUST, INC. – THE HOSPITAL COMPANY, GALENCARE, INC. d/b/a NORTHSIDE HOSPITAL, and PARALLON BUSINESS SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 8:15-CV-00065-scb-map |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 3.01(c) of the Rules of the United States District Court for the Middle District of Florida, Defendants respectfully submit this Motion for Leave to File a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss. The proposed reply will be no more than four pages in length and will be limited to addressing a new legal issue raised by Plaintiff's Opposition to Defendants' Motion to Dismiss. ECF No. 18. In support of this Motion, Defendants state as follows:

1. Plaintiff has raised a new legal issue in her Opposition to Defendants' Motion to Dismiss, at 3-4, ECF No. 18, by asserting that the retaliation provision of the False Claims Act, 31 U.S.C. § 3730(h)(1), as amended by the Fraud Enforcement and Recovery Act of 2009, Pub. L. No. 111-21, 123 Stat. 617 ("FERA"), establishes a

legal standard which is materially different than the standard relied upon in Defendants' Motion to Dismiss. ECF No. 11.

2. "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, 2:09-CV-537-FTM-29, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011). Defendants intend to rebut Plaintiff's new legal argument by pointing out how it mischaracterizes FERA's impact on the pleading requirements for a retaliation claim under the False Claims Act, as interpreted by cases decided both before and after the FERA amendment. Defendants respectfully seek permission to file a brief reply that will respond to the flawed assertion that they relied upon case law superseded by FERA.

3. The proposed reply would detail the proper legal standard for pleading a retaliation claim under the False Claims Act after FERA and assist the Court in ruling on Defendants' Motion to Dismiss.

For these reasons, Defendants respectfully request that the Court grant leave to file a short reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, which will not exceed four (4) pages.

**LOCAL RULE 3.01(g) CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 3.01(g), the undersigned certify that they have conferred with opposing counsel in a good faith effort to resolve the issues raised herein and counsel objects to the relief requested herein.

| | |
|---|---|
| March 23, 2015 | Respectfully submitted:<br>s/Martin B. Goldberg |
| Alice Fisher<br>District of Columbia Bar No. 437492 | Martin B. Goldberg<br>Florida Bar No. 0827029 |

| | |
|---|---|
| Abid R. Qureshi | Greg J. Weintraub |
| District of Columbia Bar No. 459227 | Florida Bar No. 0075741 |
| LATHAM & WATKINS LLP | LASH & GOLDBERG LLP |
| 555 Eleventh Street NW | 100 S.E. Second Street, Suite 1200 |
| Suite 1000 | Miami, Florida 33131 |
| Washington, D.C. 20004-1304 | Telephone: (305) 347-4040 |
| Telephone: (202) 637-2200 | Facsimile: (305) 347-4050 |
| Facsimile: (202) 637-2201 | |

*Admitted Pro Hac Vice*

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2015, a copy of this instrument was electronically filed with the United States District Court for the Middle District of Florida, Tampa Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court to counsel of record.

/s/ Martin B. Goldberg
Martin B. Goldberg

## SERVICE LIST

Steven Greg Wenzel
Wenzel Fenton Cabassa, PA
Suite 300
1110 N Florida Avenue
Tampa, FL 33602
(813) 224-0431
Fax: (813) 229-8712
Email: swenzel@wfclaw.com

3