```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

**BRENDA FARNSWORTH**,

    **Plaintiff**,

**v.**                                           Case No.: 8:15-cv-00065-SCB-MAP

**HCA INC., et al.**

    **Defendants**.

_____/

## MEDIATION REPORT

    In accordance with the Court's mediation order, a mediation conference was held on November 4, 2015. Plaintiff and her trial counsel, and the Defendants' corporate representative and trial counsel attended and participated.

    <u>The case has been completely settled.</u>

    Done November 4, 2015 in Tampa, Florida.

                               Respectfully submitted,

                               <u>/s/ Peter J. Grilli</u>
                               Peter J. Grilli, Esq.
                               Florida Bar No. 237851
                               Mediator
                               3001 West Azeele Street
                               Tampa, Florida 33609
                               813.874.1002    Fax: 813.874.1131
                               email: meditr@aol.com

    I HEREBY CERTIFY that November 4, 2015 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                               <u>/s/ Peter J. Grilli</u>
                               Peter J. Grilli, Esq.